UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| USCOC OF GREATER MISSOURI, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07-CV-1489 (JCH) |
| | ) | |
| CITY OF FERGUSON, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The matter is before the Court on Plaintiff's Motion to Stay Proceedings (Doc. No. 32), filed December 13, 2007. In its motion, Plaintiff asks for a stay "until Plaintiff obtains a ruling on its Variance Application." (Id.). Upon consideration, the Court finds that granting such an indefinite stay is inappropriate at this time. Rather, it will stay the case for thirty days.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Stay (Doc. No. 32) is **GRANTED** and this case is stayed until **Monday, January 14, 2007**.

Dated this 14th day of December, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE