UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| USCOC OF GREATER MISSOURI, LLC, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV01489 JCH |
| ) | |
| CITY OF FERGUSON, MISSOURI, ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Motion for Summary Judgment on Counts I and III is **GRANTED**, Plaintiff's Cross-Motion for Summary Judgment on Count I is **DENIED**, and Plaintiff's claims are dismissed with prejudice.

Dated this 6th day of November, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE